# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

WILLIAM ARMSTRONG, pro se,

    Plaintiff,

v.                                                        Case No: 5:15-cv-303-Oc-30PRL

UNITED STATES OF AMERICA,
PAMELA A SCHEIDER, JONATHON F
WERSHOW, BARBARA KISSNER-
KATOWSKY, BRIAN LAMBERT, RIC
SCOTT, MARSHALL STRANSBURY,
SHARON DOREDANT, VINCE
ALDRIDGE, DEPARTMENT OF
CHILDREN AND FAMILIES,
DEPARTMENT OF CHILDREN AND
FAMILIES, U.S. HOUSE OF
CONGRESS, U.S. SUPREME COURTS,
JUDICIAL QUALIFICATIONS
COMMISSION, KEITH PARKS,
WENDY LAUVER, NANCY STAFF and
ANN COFFIN,

    Defendants.
_____

## ORDER OF DISMISSAL

       THIS CAUSE comes before the Court sua sponte.  The Court entered an Order on January 6, 2016, which allowed Plaintiff fourteen (14) days to file a second amended complaint provided he could state a cognizant claim for relief within the confines of the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida. (Doc. 16).  Plaintiff has failed to timely file a second amended complaint.

       Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of January, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\15-cv-303 Ocala dismissal.docx